## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLARK | § | |
| | § | |
| v. | § | C.A. NO. C-05-262 |
| | § | |
| WARDEN JOE D. DRIVER | § | |

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

On December 7, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 15).  Objections were timely filed (D.E. 16). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendant's motion to dismiss (D.E. 9) is granted.

ORDERED this _____20_____ day of _____January_____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE